BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CRUZ VENEGAS, SR.,<br><br>　　　　　　　　Defendant. | CASE NO. 1:14-CR-00064 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Coleman, attorney for the defendant, that a status conference scheduled for June 30, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to August 4, 2014. This is the first status conference. The reason for the request is because the parties need additional time to engage in plea negotiations. The government has not yet extended a plea offer, but will do so within the next two weeks. The parties then need additional time to discuss a resolution of the case.

　　　The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

///

Stipulation　　　　　　　　　　　　　　　　　1

occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 26, 2014                               Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney


                                          By       /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney


Dated: June 26, 2014                               /s/ Mark Coleman
                                                   MARK COLEMAN
                                                   Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated:   **June 26, 2014**                         **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

Stipulation                                2